Robert D. Rowland
Lindsay Rakers
**GOLDENBERG HELLER ANTOGNOLI & ROWLAND, P.C.**
P.O. Box 959
Edwardsville, Illinois 62025
Telephone: 618-656-5150
Facsimile: 618-656-6230
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To:<br><br>*Donald G. Newmann v. Pfizer Inc.*<br>(05-5359 CRB)<br><br>*Lehnen, Marie, et al. v. G.D. Searle, et al.*<br>(06-2669 CRB)<br><br>*Marcy A. West v. Merck & Co., Inc., et al.*<br>(06-3015 CRB)<br><br>*Jerry M. Dance v. Merck & Co., Inc., et al.*<br>(06-3016 CRB)<br><br>*Edward Spinaio v. G.D. Searle, et al.*<br>(06-3036 CRB)<br><br>*Lonnie Case v. Merck & Co. Inc., et al.*<br>(06-3180 CRB)<br><br>*Richard Menzel v. Merck & Co., Inc., et al.*<br>(06-3181 CRB)<br><br>*Vincent Calamia v. Merck & Co., Inc., et al.*<br>(06-3182 CRB)<br><br>*Jessie Abbott v. Merck & Co., Inc., et al.*<br>(06-3306 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

-1-

1  | *Berlin Jenkerson v. Merck & Co. Inc., et al.* )
2  | (06-3307 CRB) )
   | )
3  | *Thomas Kasper v. Merck & Co. Inc., et al.* )
   | (06-3309 CRB) )
4  | )
   | *Josephine Tourville v. Merck & Co., Inc., et al.* )
5  | (06-3310 CRB) )
   | )
6  | *Arzie Stephens v. Merck & Co., Inc., et al.* )
   | (06-3311 CRB) )
7  | )
   | *Henry Kahn, et al. v. Pfizer Inc..et al.* )
8  | (06-4600 CRB) )
   | )
9  | *Carol Copeland v. G.D. Searle LLC, et al.* )
   | (07-3023 CRB) )
10 | )
   | *Suzanne Steinbach v. Merck & Co., Inc., et al.* )
11 | (07-0495 CRB) )
   | )
12 | *John Moseley v. Merck & Co., Inc., et al.* )
   | (07-0496 CRB) )
13 | )
   | *Joni Hebblethwaite v. Merck & Co., Inc., et al.* )
14 | (07-0498 CRB) )
   | )
15 | *Kevin Miller v. Merck & Co, Inc., et al.* )
   | (07-0596 CRB) )
16 | )
   | *Lena Scher v. Merck & Co., Inc., et al.* )
17 | (07-2533 CRB) )
   | )
18 | *Laurence Schmidt v. Merck & Co., Inc., et al.* )
   | (07-2534 CRB) )
19 | )
   | *Patty Foreman v. Merck & Co., Inc., et al.* )
20 | (07-2535 CRB) )
   | )
21 | *Robert Miller v. G.D. Searle LLC, et al.* )
   | (07-3127 CRB) )
22 | )
   | *Robert J. Smith, Jr., et al. v. Merck & Co., Inc., et al.* )
23 | (07-3488 CRB) )
   | )
24 | *Williamson, Wilburn, et al. v. Merck & Co., Inc., et al.* )
   | (07-3489 CRB) )
25 |

26  Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through
27  the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42576335.1

stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 11-2, 2009       By: _____

**GOLDENBERG HELLER ANTOGNOLI & ROWLAND, P.C.**
P.O. Box 959
Edwardsville, Illinois 62025
Telephone: 618-656-5150
Facsimile: 618-656-6230

*Attorneys for Plaintiffs*

DATED: Nov. 4, 2009       By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009       _____
Hon. Charles R. Breyer
United States District Court

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE